IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ALEX JONES**                                                                    **PLAINTIFF**

v.                                          No. 3:26-cv-91-DPM

**MARION SCHOOL DISTRICT;
GLEN FENTER, Superintendent,
Individually and in his official capacity;
RACHAEL R. VAUGHN, J.D., HR director
and attorney for the district, Individually
and in her official capacity;  CHUNEKA
SCOTT, Principal, Individually and in her
official capacity;  and MANDI EDWARDS,
Director of K-12 curriculum, Individually
and in her official capacity**                                 **DEFENDANTS**

## ORDER

The Court notes Jones's second amended complaint, *Doc. 13.* He must seek the Court's permission to further amend his complaint. Fed. R. Civ. P. 15(a)(1) & (2).  He now has done so.  *Doc. 16.*  He wants to amend to fill gaps identified by the recent motion to dismiss. That's good cause.  The Court therefore grants his embedded motion, *Doc. 16.*  The second amended complaint is deemed filed.  Answers or Rule 12(b)(6) motions are due by 15 May 2026.  The district's motion to strike, *Doc. 14,* is denied as moot.  The motion to dismiss, Doc. *11,* is denied without prejudice as moot.  *Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).  The Court's eventual Final

- 2 -

Scheduling Order will prescribe the procedure for all future proposed amendments.  The parties must follow it.

So Ordered.

_DPMarshall Jr._
D.P. Marshall Jr.
United States District Judge

_28 April 2026_

- 2 -