# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

ALEX JONES                                                             PLAINTIFF

v.                                      No. 3:26-cv-91-DPM

MARION SCHOOL DISTRICT;
GLEN FENTER, Individually and
in his official capacity as Superintendent;
RACHAEL R. VAUGHN, J.D., Individually
and in her official capacity as HR Director
and Attorney;  CHUNEKA SCOTT, Individually
and in her official capacity as Principal;
MANDI EDWARDS, Individually and in her
official capacity as Director of K-12 curriculum;
and CHARLES DODSON, Individually and
in his official Capacity as Assistant Principal          DEFENDANTS

## ORDER

Jones's motion, *Doc. 21*, is denied as premature.  The Court will enter an Initial Scheduling Order after the defendants answer or otherwise respond to the second amended complaint.  The Scheduling Order will contain parties' deadlines and the information needed to complete the joint Rule 26(f) report.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
11 May 2026