**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**ALEX JONES** **PLAINTIFF**

**v.** **No. 3:26-cv-91-DPM**

**MARION SCHOOL DISTRICT; GLEN FENTER, Superintendent, Individually and in his official capacity; RACHAEL R. VAUGHN, J.D., HR director and attorney for the district, Individually and in her official capacity; CHUNEKA SCOTT, Principal, Individually and in her official capacity; and MANDI EDWARDS, Director of K-12 curriculum, Individually and in her official capacity** **DEFENDANTS**

**ORDER**

The school district's motion for Protective Order, *Doc. 32*, is denied without prejudice. Please follow the procedure in the Final Scheduling Order, *Doc. 31 at 3*. If the parties cannot agree, then file a joint report of discovery dispute with the alternative proposals where some disagreement exists.

So Ordered.

D.P. Marshall Jr.
United States District Judge

31 July 2026